UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LONNY LEE BRISTOW, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | No. 1:06-cv-353-DFH-TAB |
| ) | |
| WARDEN EDWIN VOORHIES, ) | |
| SHERIFF OF FRANKLIN COUNTY, ) | |
| ) | |
| Respondents. ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

_____
DAVID F. HAMILTON, Judge
United States District Court

Date: 7/2/2007

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

Lonny Lee Bristow
357-921
Southern Ohio Correctional Facility
P. O. Box 45699
Lucasville, OH 45699

Jason Ross Barclay
BARNES & THORNBURG LLP
jason.barclay@btlaw.com